No. 6,464.—STATE EX REL. MARGARET HANSON, RELATRIX, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT ET AL., RESPONDENTS.

Decided December 21, 1928.

PER CURIAM.—Application for writ of supervisory control in the above-entitled cause is denied.

*Mr. C. A. Spaulding,* for Relatrix.